No. 885. THE UNITED STATES, PETITIONER, *v.* ALBERT ECKSTEIN. May 24, 1909. Petition for a writ of certiorari to

the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. Albert.H. Washburn* for respondent.